# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## No. 14-1618

### ABT SYSTEMS, LLC; THE UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES
### v.
### EMERSON ELECTRIC CO.

## EMERSON ELECTRIC CO.'S STATEMENT OF COMPLIANCE WITH FED. CIR. R. 11(d)

Pursuant to Federal Circuit Rule 11(d), counsel for Defendant-Cross-Appellant Emerson Electric Co. has reviewed the record of the trial court to determine whether the portions subject to a protective order need to remain protected on appeal. At this time, Emerson Electric Co. believes that all portions under protective order should remain protected on appeal.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: September 3, 2014 | /s/ Linda E.B. Hansen |
|  | Linda E.B. Hansen |
|  | Jeffrey N. Costakos |
|  | Kadie M. Jelenchick |
|  | Foley & Lardner LLP |
|  | 777 East Wisconsin Avenue |
|  | Milwaukee, WI 53202 |
|  | (414) 297-5546 |
|  | lhansen@foley.com |
|  | *Attorneys for Defendant-Cross-Appellant Emerson Electric Co.* |

4842-0002-6398.1

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Sep 3, 2014 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Kadie M. Jelenchick | /s/ Kadie M. Jelenchick |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Foley & Lardner LLP
Address: 777 East Wisconsin Avenue
City, State, ZIP: Milwaukee, WI 53202
Telephone Number: 414-319-7324
FAX Number: 414-297-4900
E-mail Address: kjelenchick@foley.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.