**2014-1618, -1700**

# United States Court of Appeals for the Federal Circuit

ABT SYSTEMS, LLC,

*Plaintiff-Appellant*

THE UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES, on behalf of the University of Central Florida,

*Plaintiff*

*v.*

EMERSON ELECTRIC CO

*Defendant Cross-Appellant*

*Appeals from the United States District Court for the Eastern District of Missouri in Case no. 4:11-CV-00374-AGF, Judge Audrey G. Fleissig*

## NOTICE OF CORRECTION

MICHAEL P. MAZZA
DANA ALVARADO
MICHAEL P. MAZZA, LLC
686 Crecent Boulevard
Glen Ellyn, IL 60137
mazza@mazzallc.com
dana@mazzallc.com

*Counsel for Plaintiff-Appellant*

FILED: SEPTEMBER 12, 2014
CORRECTED: SEPTEMBER 12, 2014

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

*ABT Systems, LLC v. Emerson Electric Co., LLP,* 2014-1618, -1700

## CERTIFICATE OF INTEREST

Counsel for the <u>Appellant, ABT Systems, LLC,</u> certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

    ABT Systems, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Michael P. Mazza
    Dana Drexler Alvarado
    Michael P. Mazza, LLC

    Stephen R. Clark
    John Saver
    Timothy J. Mcfarlin
    Clark and Sauer, LLC

September 12, 2104                                           /s/ Michael Mazza
Date                                                                      Counsel for Appellant

Pursuant to the Practice Note to Federal Circuit Rule 32, Appellant files this Notice of Correction to its Brief dated September 12, 2014. The brief as originally filed contained confidential information on pages 9-10, 16, 24-27 and 39-40. The corrected version has those portions highlighted. Additionally, a redacted version is being filed pursuant to the Court's rules regarding sealed filings.

Appellant respectfully request's that the Court remove the original file and replace it with the confidential and non-confidential corrected versions.

Respectfully submitted,

/s/ Michael P. Mazza
MICHAEL P. MAZZA
DANA ALVARADO
MICHAEL P. MAZZA, LLC
686 Crecent Boulevard
Glen Ellyn, IL 60137
mazza@mazzallc.com
dana@mazzallc.com

*Counsel for Plaintiff-Appellant*

# United States Court of Appeals for the Federal Circuit

*ABT Systems, LLC v. Emerson Electric Co., LLP,* 2014-1618, -1700

## CERTIFICATE OF SERVICE

I, Elissa Matias, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by MICHAEL P. MAZZA, LLC, Attorneys for Appellant to print this document. I am an employee of Counsel Press.

On **September 12, 2014** counsel has authorized me to electronically file the foregoing corrected **Brief for Plaintiff-Appellant (confidential and non-confidential versions)** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

    Linda E. B. Hansen, Attorney
    Kadie Jelenchick, Attorney
    Jeffrey Costakos, Attorney
    Foley & Lardner LLP
    777 East Wisconsin Avenue
    Firstar Center
    Milwaukee, WI 53202
    414-297-5782
    jcostakos@foley.com
    lhansen@foley.com
    kjelenchick@foley.com

Paper copies will also be emailed and mailed to the above counsel at the time paper copies are on this date.

Upon acceptance by the Court of the e-filed document, six paper copies will be filed with the Court, via Federal Express, within the time provided in the Court's rules.

September 12, 2104 /s/ Elissa Matais  
Counsel Press