March 25, 2015

**Filed via ECF**

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW, Room 410
Washington, DC 20439

      Re:    ABT Systems, LLC v. Emerson Electric Co.
              Case No. 2014-1618

Dear Sir or Madam:

    Pursuant to Federal Circuit Rule 34(c)(1) Counsel for the Plaintiff-Appellant may use the following admitted trial exhibits at Oral Argument on April 8, 2015:

1. Plaintiff's Admitted Trial Exhibit 160, Fan Recycler product, photo of physical exhibit shown at A6547.

2. Plaintiff's Admitted Trial Exhibit 161, Air Cycler product, photo of physical exhibit shown at A6548.

3. Plaintiff's Admitted Trial Exhibit 162, Air Recycler product, photo of physical exhibit shown at A6549

    Please do not hesitate to contact the undersigned with any questions.

                                      Sincerely,

                                      Michael P. Mazza

MPM:kap

cc:  Counsel of Record via ECF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2015, I electronically filed the foregoing NOTICE OF VISUAL AIDS with the Clerk of Court using the CM/ECF system, which will send a Notice of Electric Filing to all counsel of record who have consented to service by such means.

/s/ Michael P. Mazza