NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ABT SYSTEMS, LLC,**
*Plaintiff-Appellant*

**THE UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES, on behalf of the University of Central Florida,**
*Plaintiff*

**v.**

**EMERSON ELECTRIC CO.,**
*Defendant-Cross-Appellant*

2014-1618, 2014-1700

Appeals from the United States District Court for the Eastern District of Missouri in No. 4:11-cv-00374-AGF, Judge Audrey G. Fleissig.

**O R D E R**

PER CURIAM.

The court permits use of the exhibits mentioned in Emerson Electric Co.'s letter dated March 25, 2015 and ABT Systems, LLC's letter dated March 25, 2015. The

court concludes that Emerson Electric Co.'s letter objecting to the use of other materials dated April 1, 2015 is moot, as the slides referenced in the letter are not the subject of any pending request before the court as required under Federal Circuit Rule 34(c)(1).

F<small>OR THE</small> C<small>OURT</small>

April 3, 2015  
   Date

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court